**Reinstated; Motion Granted; Dismissed and Memorandum Opinion filed August 5, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00796-CR

**LISA MICHELLE ESTRADA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**
_____

### NO. 14-12-00797-CR

### EX PARTE LISA MICHELLE ESTRADA

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1296827 & 1296827-A**

## M E M O R A N D U M    O P I N I O N

In the appeal docketed under number 14-12-00796-CR, appellant appeals from the order adjudicating her guilt for theft and sentencing her to confinement for six months in state jail. In the appeal docketed under number 14-12-00797-CR, appellant appeals from the denial of her pre-trial application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.072. *See Kniatt v. State*, 206 S.W.3d 657, 663–64 (Tex. Crim. App. 2006) (reaffirming the rule that

jurisdiction is established at the time the writ is filed and is not defeated by a subsequent adjudication of guilt).

A written request to withdraw the notices of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion in these appeals, we grant appellant's request.

Accordingly, we order the appeals dismissed. We direct the clerk of the court to issue the mandates of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).